# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY HINES, | ) | NO. ED CV 08-1933 CJC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 17, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE